UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LUTHER JAMES MC CASKILL,**

    Petitioner,

vs.

    Civil Action No. 05-CV-72203-DT

    Criminal Action No. 00-80239-DT

**UNITED STATES OF AMERICA,**

    Hon. Bernard A. Friedman

    Respondent.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on petitioner's objections to the Report and Recommendation of Magistrate Judge Mona K. Majzoub dated July 27, 2005.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY;

IT IS HEREBY ORDERED that Magistrate Judge Mona K. Majzoub's Report and Recommendation dated July 27, 2005, is hereby accepted and adopted.

IT IS FURTHER ORDERED that since petitioner has not obtained authorization to file a successive motion under 28 U.S.C. § 2255, this matter is transferred to the Sixth Circuit, pursuant to 28 U.S.C. § 1631.

AUG 22 2005

Detroit, Michigan

BERNARD A. FRIEDMAN
CHIEF JUDGE

I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.

Patricia Foster Hummel
Secretary to Chief Judge Friedman